1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**NORTHERN DISTRICT OF CALIFORNIA**

11

**SAN FRANCISCO DIVISION**

12

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION

)   Case No. 3:19-MD-2913-WHO

13

)
)   The Honorable William H. Orrick
)

14

)   **[~~PROPOSED~~] CONSOLIDATED ORDER**
)   **GRANTING JLI'S MOTIONS TO DISMISS**

15

)   **WITHOUT PREJUDICE FOR FAILURE TO**
)   **SUBMIT DISCOVERY REQUIRED BY**

16

)   **CASE MANAGEMENT ORDER NOS. 8 AND**

*This Document Relates to All Plaintiffs Identified in Exhibits A and B*

17

)   **13 AND JLI'S MOTION TO CONVERT**
)   **ORDER OF DISMISSAL WITHOUT**
)   **PREJUDICE TO ORDER OF DISMISSAL**

18

)   **WITH PREJUDICE**
)

19

)   This Document Relates To:  All Actions
)

20

)   The Hon. William H. Orrick
)

21

)
)
)

22

23

24

25

26

27

28

Before the Court are (1) the Motion by Defendant Juul Labs, Inc. to Dismiss the Complaints filed by all plaintiffs identified in Exhibit A (the "Motion to Dismiss") (Dkt. Nos. 3417, 3428, 3434, 3464, 3486, 3604, and 3632)[1] and (2) the Motion by Defendant Juul Labs, Inc. to Convert Order of Dismissal without Prejudice to Order of Dismissal with Prejudice for all plaintiff identified in Exhibit B (the "Motion to Convert") (Dkt. No. 3435) in the above referenced, consolidated actions. Having considered the motions and arguments of the parties, and with good cause appearing therefore, the Court hereby (1) GRANTS the Motion to Dismiss and DISMISSES the Complaints filed by all plaintiffs identified in Exhibit A without prejudice, and (2) GRANTS the Motion to Convert and DISMISSES the Complaints filed by all plaintiffs identified in Exhibit B with prejudice.

IT IS SO ORDERED.

Dated: January 6, 2023

The Honorable William H. Orrick
United States District Judge

---

[1] The Plaintiffs identified in Dkt. Nos. 3386 and 3510 have voluntarily dismissed their cases or submitted Plaintiff Fact Sheets. Accordingly, Dkt. Nos. 3386 and 3510 are TERMINATED as MOOT.

1

# Exhibit A

| Count | Plaintiff | Case Name | Case Number | Counsel | Date MTD Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 1. | Weber, William Leonard | *William Leonard Weber v. Juul Labs, Inc. et al.* | 3:22-cv-02399 | Hare, Wynn, Newell & Newton, LLP | 8/22/2022 | 3417 |
| 2. | Lambert, Hunter | *Hunter Lambert v. Juul Labs, Inc. et al.* | 3:22-cv-02397 | Pulaski Kherkher, PLLC | 8/29/2022 | 3428 |
| 3. | Mills, Dominic | *Dominic Mills v. Juul Labs, Inc. et al.* | 3:22-cv-02428 | Pulaski Kherkher, PLLC | 8/29/2022 | 3428 |
| 4. | Christoph, Russell | *Russell Christoph v. Juul Labs, Inc. et al.* | 3:22-cv-02471 | Pulaski Kherkher, PLLC | 8/29/2022 | 3428 |
| 5. | Coker, Ashten | *Ashten Coker v. Juul Labs, Inc. et al.* | 3:22-cv-02484 | Pulaski Kherkher, PLLC | 8/29/2022 | 3428 |
| 6. | Ferreira, Matheus | *Matheus Ferreira v. Juul Labs, Inc. et al.* | 3:22-cv-02722 | Pulaski Kherkher, PLLC | 9/13/2022 | 3464 |
| 7. | Yee, Luke | *Luke Yee v. Juul Labs, Inc. et al.* | 3:22-cv-02759 | Napoli Shkolnik PLLC | 9/19/2022 | 3486 |
| 8. | Jimenez, Dave | *Dave Jimenez v. Juul Labs, Inc. et al* | 3:22-cv-03212 | Beasley Allen Crow Methvin Portis & Miles, LLC | 10/17/2022 | 3604 |
| 9. | Zenith Academy East | *Zenith Academy East v. Juul Labs, Inc. et al* | 3:22-cv-03307 | Frantz Law Group, APLC | 10/24/2022 | 3632 |

# Exhibit B

| Count | Case Number | Case | Plaintiff | Counsel | Date MTD with Prejudice Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 1. | 3:21-cv-10087 | *Kadie Jones v. Juul Labs, Inc. et al.* | Jones, Kadie | TorHoerman Law, LLC | 5/9/2022 | 3169 |
| 2. | 3:21-cv-10090 | *Morgan Overstreet v. Juul Labs, Inc. et al.* | Overstreet, Morgan | TorHoerman Law, LLC | 5/9/2022 | 3169 |
| 3. | 3:21-cv-10091 | *Maureen Dwelley v. Juul Labs, Inc. et al.* | Dwelley, Maureen | TorHoerman Law, LLC | 5/9/2022 | 3169 |
| 4. | 3:21-cv-09425 | *Layanna Ahrens v. Juul Labs, Inc. et al.* | Ahrens, Layanna | Fears Nachawati, PLLC | 4/18/2022 | 3043 |
| 5. | 3:21-cv-09491 | *Alex Sheehan v. Juul Labs, Inc. et al.* | Sheehan, Alex | Goldenberg Law, PLLC | 4/18/2022 | 3043 |
| 6. | 3:21-cv-09534 | *America Hechavarria v. Juul Labs, Inc. et al.* | Hechavarria, America | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/18/2022 | 3043 |
| 7. | 3:21-cv-09571 | *Jalin A. Howell- Foster v. Juul Labs, Inc. et al.* | Howell-Foster, Jalin A. | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/18/2022 | 3043 |
| 8. | 3:21-cv-09631 | *Chevy Lee Paul Huff v. Juul Labs, Inc. et al.* | Huff, Chevy Lee Paul | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/25/2022 | 3054 |

| Count | Case Number | Case | Plaintiff | Counsel | Date MTD with Prejudice Filed | MTD ECF Number |
|---|---|---|---|---|---|---|
| 9. | 3:21-cv-09678 | *Alize Potasz v. Juul Labs, Inc. et al.* | Potasz, Alize | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/25/2022 | 3054 |
| 10. | 3:21-cv-09679 | *Tyler Currie v. Juul Labs, Inc. et al.* | Currie, Tyler | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/25/2022 | 3054 |
| 11. | 3:21-cv-09695 | *Joshua Sanders v. Juul Labs, Inc. et al* | Sanders, Joshua | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/25/2022 | 3054 |
| 12. | 3:21-cv-09724 | *Elizabeth-Grace Dickey v. Juul Labs, Inc. et al* | Dickey, Elizabeth-Grace | Beasley Allen Crow Methvin Portis & Miles, LLC | 4/25/2022 | 3054 |
| 13. | 3:21-cv-09749 | *J.K v. Juul Labs, Inc. et al.* | J.K. | Giskan Solotaroff & Anderson LLP | 4/25/2022 | 3054 |